CHAD C. SPRAKER
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5120
FAX: (406) 457-5130
Email: chad.spraker@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

**FILED**
MAY 0 6 2015
Clerk, U.S District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 15-51-BLG-SPW |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | WIRE FRAUD (Counts I-V)<br>Title 18 U.S.C. § 1343<br>(Penalty: Twenty years imprisonment, $250,000 fine, and three years supervised release) |
| SARAH JANE PRYDE, | |
| Defendant. | |
| | THEFT OF GOVERNMENT PROPERTY (Count VI)<br>Title 18 U.S.C. § 641<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release) |

THE GRAND JURY CHARGES:

1

## COUNTS I-V

## (Wire Fraud)

Beginning in or about 2010, and continuing until in or about 2013, the defendant, SARAH JANE PRYDE, devised and intended to devise a scheme to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises. That is, the defendant, SARAH JANE PRYDE, made material misrepresentations concerning her resources for the purpose of obtaining money from the United States Social Security Administration.

### EXECUTION OF THE SCHEME

On or about each of the dates set forth below, in the District of Montana and elsewhere, SARAH JANE PRYDE, for the purpose of executing the scheme described above, and attempting to do so, caused to be transmitted by means of wire communication in interstate commerce the signals described below for each count, each transmission constituting a separate count:

| Count | Date of payment | Trace Number | Amount |
|---|---|---|---|
| I | 11/1/2010 | 110120101017361229 | $674 |
| II | 6/3/2011 | 060320111017361302 | $4718 |
| III | 2/1/2012 | 020120121017361237 | $698 |
| IV | 8/31/2012 | 083120121017361240 | $698 |

| V | 2/1/2013 | 020120131017361242 | $710 |

All in violation of 18 U.S.C. § 1343.

## COUNT VI

Beginning in or about 2010, and continuing until in or about 2013, in the District of Montana, the defendant, SARAH JANE PRYDE, did knowingly embezzle, steal, and purloin money of the United States Social Security Administration, an agency and department of the United States, namely Supplemental Security Income payments to which she knew she was not entitled, having a value of more than $1,000, in violation of 18 U.S.C. § 641.

A TRUE BILL.                    Foreperson signature redacted.  Original document filed under seal.

FOREPERSON

_____
MICHAEL W. COTTER
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons ✓
Warrant\_\_\_\_\_
Bail\_\_\_\_\_

I.A. 6/3/15 @ 2:30pm
Judge Ostby

3