IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SARAH JANE PRYDE,<br><br>Defendant. | CR 15-51-BLG-SPW<br><br>**ORDER** |

Before the Court is Sarah Jane Pryde's Motion for Clarification of Restitution (Doc. 39). Pryde requests that the Court adjust her restitution amount and order a hearing so that the United States may explain whether she is eligible to receive social security benefits. (*Id.* at 5). In its response, the United States argues that a hearing is unnecessary because Pryde must first submit an SSA application to determine whether she is eligible for benefits. (Doc. 41 at 5). The Court agrees that a hearing is unnecessary. Additionally, although a lengthy and unfortunate oversight by Pryde, the circumstances do not warrant a reduction in her restitution amount. Accordingly, Pryde's motion (Doc. 39) is DENIED.

DATED this 16th day of March 2018.

SUSAN P. WATTERS
United States District Judge